| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Camilo A Leal<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–9967<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Maynee S. Leal<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–3564<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: | 7   8/30/19 |
| Case number: | 19-26809-JNP | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline                12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Camilo A Leal | Maynee S. Leal |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1634 S Bowling Green Dr<br>Cherry Hill, NJ 08003 | 1634 S Bowling Green Dr<br>Cherry Hill, NJ 08003 |
| 4. | **Debtor's attorney**<br>Name and address | Steven J. Richardson<br>Law Offices of Steven J. Richardson, PC<br>40 Newton Ave.<br>Woodbury, NJ 08096 | Contact phone (856) 686–9910 |
| 5. | **Bankruptcy trustee**<br>Name and address | Joseph Marchand<br>117–119 West Broad St.<br>PO Box 298<br>Bridgeton, NJ 08302 | Contact phone (856) 451–7600 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 401 Market Street<br>Camden, NJ 08102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 856–361–2300<br><br>Date: 8/31/19 |
| **7.** | **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **October 28, 2019 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, Room 2200, Camden, NJ 08101** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 12/27/19** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                             Case No. 19-26809-JNP
Camilo A Leal                                                      Chapter 7
Maynee S. Leal
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                  Page 1 of 1                  Date Rcvd: Sep 03, 2019
                              Form ID: 309A                Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2019.
db/jdb         +Camilo A Leal,    Maynee S. Leal,    1634 S Bowling Green Dr,    Cherry Hill, NJ 08003-3642
518438937      +Bayview Financial Loan Servicing,    Attn: Bankruptcy Dept,
                 4425 Ponce De Leon Blvd. - 5th Floor,    Coral Gables, FL 33146-1837
518438939      +Carrington Mortgage Services,    Attn: Bankruptcy,    PO Box 3730,    Anaheim, CA 92803-3730
518438955      +Charo Vargas,    362 S Pomona Rd,    Galloway, NJ 08205-9452
518438940      +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    PO Box 790034,
                 St Louis, MO 63179-0034
518438941      +Citizens Bank RBS,    1 Citizens Dr.,    Ms: Rop 15b,    Riverside, RI 02915-3035
518438942      +CornerStone,    Loan Services,    PO Box 145122,    Salt Lake City, UT 84114-5122
518438945      +GreenSky Credit,    Attn: Bankruptcy,    PO Box 29429,    Atlanta, GA 30359-0429
518438947      +Monarch Recovery Management, Inc.,    3260 Tillman Drive - Suite 75,    Bensalem, PA 19020-2059
518438948      +Nissan Motor Acceptance,    Attn: Bankrupty,    PO Box 660360,    Dallas, TX 75266-0360
518438949      +Penn Medicine,    PO Box 824406,    Philadelphia, PA 19182-4406
518438950      +Regional Adjustment Bureau, Inc.,    7130 Goodlett Farms Pkwy - Ste 100 West,    PO Box 34119,
                 Memphis, TN 38184-0119
518438951      +Selip & Stylianou,    10 Forest Ave. - Suite 300,    PO Box 914,    Paramus, NJ 07653-0914
518438952      +Sunrise Credit Services,    260 Airport Plaza,    Farmingdale, NY 11735-4021
518438954      +Tenaglia & Hunt, PA,    395 W. Passaic St. - Suite 205,    Rochelle Park, NJ 07662-3016

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: ecf@richardsonlawoffices.com Sep 04 2019 00:23:34      Steven J. Richardson,
                 Law Offices of Steven J. Richardson, PC,    40 Newton Ave.,    Woodbury, NJ  08096
tr             +EDI: QJDMARCHAND.COM Sep 04 2019 03:53:00      Joseph Marchand,    117-119 West Broad St.,
                 PO Box 298,    Bridgeton, NJ 08302-0228
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2019 00:27:01      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 04 2019 00:26:59      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518438938       E-mail/Text: ECMBKMail@Caliberhomeloans.com Sep 04 2019 00:27:53      Caliber Home Loans,
                 Attn: Cash Operations,    PO Box 24330,    Oklahoma City, OK 73124-0330
518438943       EDI: DISCOVER.COM Sep 04 2019 03:53:00      Discover Financial,    Attn: Bankruptcy Department,
                 PO Box 15316,    Wilmington, DE 19850
518438944      +E-mail/Text: fggbanko@fgny.com Sep 04 2019 00:26:07      Forster Garbus & Garbus,
                 7 Banta Place,    Hackensack, NJ 07601-5604
518438946       E-mail/Text: camanagement@mtb.com Sep 04 2019 00:26:34      M & T Bank,    Attn: Bankruptcy,
                 PO Box 844,    Buffalo, NY 14240
518438953      +EDI: RMSC.COM Sep 04 2019 03:53:00      Synchrony Bank/Sams Club,    Attn:  Bankruptcy Dept,
                 PO Box 965060,    Orlando, FL 32896-5060
518438956      +EDI: WFFC.COM Sep 04 2019 03:53:00      Wells Fargo Bank,    Mac F823f-02f,    PO Box 10438,
                 Des Moines, IA 50306-0438
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2019 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0
```