Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19–26809–JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Camilo A Leal | Maynee S. Leal |
| 1634 S Bowling Green Dr | 1634 S Bowling Green Dr |
| Cherry Hill, NJ 08003 | Cherry Hill, NJ 08003 |

Social Security No.:
   xxx–xx–9967                                                  xxx–xx–3564

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Joseph Marchand is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: January 24, 2020            Jerrold N. Poslusny Jr.
                                   Judge, United States Bankruptcy Court